LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Appellant EDUCATIONAL
CREDIT MANAGEMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>　　　　　　Appellant,<br><br>　　v.<br><br>SUZANNE AVELLANO,<br><br>　　　　　　Appellee. | Case No. CV 09-03183 SBA<br><br>[Bankruptcy Case No. 01-30885, Adversary No. 06-03145]<br><br>**ORDER RE BRIEFING SCHEDULE** |

　　　　IT IS HEREBY ORDERED THAT, pursuant to stipulation of the parties, and good cause appearing, the date by which appellant's opening brief shall be filed is extended from September 21, 2009 to October 15, 2009; that the date by which appellee's brief is due is extended until December 7, 2009; and that appellant's reply brief, if any, shall be filed by January 6.

Dated:   September 14, 2009.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Saundra B. Armstrong

1

Order Regarding Briefing Schedule
Case No.  CV 09-03183