RUTH ELIN AUERBACH (SBN 104191)
Attorney at Law
711 Van Ness Avenue, Suite 440
San Francisco, CA 94102
Telephone: (415) 673-0560
Facsimile: (415) 673-0562
e-mail:  attorneyruth@sbcglobal.net

Attorney for Appellee, Suzanne Avellano

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>           Appellant,<br><br>v.<br><br>SUZANNE AVELLANO,<br><br>           Appellee. | Case No.: CV 09-03183 SBA<br><br>[Bankruptcy Case No. 01-30885, Adversary Proceeding No. 06-03145]<br><br>**ORDER REGARDING BRIEFING SCHEDULE** |

   IT IS HEREBY ORDERED THAT, pursuant to the stipulation of the parties, and good cause appearing, the date by which Appellee's responding brief shall be filed is extended from December 7, 2009 until January 8, 2010, and that Appellant's reply brief, if any, shall be filed by February 9, 2010.

Dated: 12/3/09

_____
Hon. Saundra B. Armstrong
United States District Court Judge

ORDER REGARDING BRIEFING SCHEDULE
CASE NO. CV 09-03183
- 1